**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2071**

JANICE WOLK GRENADIER,

            Plaintiff - Appellant,

        v.

HENRY E. HUDSON, US District Court Eastern District of Virginia (Richmond); DONALD J. TRUMP, President; DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; VIRGINIA STATE BAR; JOHN AND OR JANE DOE 1-50,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Mark S. Davis, Chief District Judge. (1:18-cv-00571-MSD)

Submitted: March 28, 2019                           Decided: April 10, 2019

Before RICHARDSON and QUATTLEBAUM, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

---

[*] This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2012).

Janice Wolk Grenadier, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Wolk Grenadier appeals the district court's order dismissing her 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Grenadier v. Hudson*, No. 1:18-cv-00571-MSD (E.D. Va. July 18, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*